# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

Robert P. Young, Jr.,
Chief Justice

150810

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

HOPE NETWORK — REHABILITATION
SERVICES,
      Petitioner-Appellant,

v

                                   SC: 150810
                                   COA: 317367

CITY OF KENTWOOD,
         Respondent-Appellee.
                                   Tax Tribunal: 00-412553

_____/

      On order of the Court, the application for leave to appeal the December 2, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015


Clerk

t0624